**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-7079**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

NIKIJA JACKSON, a/k/a Jermaine,

        Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Senior District Judge.  (3:16-cr-00069-JFA-5)

Submitted:  May 18, 2023                                    Decided:  May 22, 2023

Before NIEMEYER and RUSHING, Circuit Judges.[*]

Affirmed by unpublished per curiam opinion.

Nikija Jackson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Nikija Jackson appeals the district court's order denying his third 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release.  We review a district court's order granting or denying a compassionate release motion for abuse of discretion.  *United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review).  We have reviewed the record and conclude that the district court did not abuse its discretion.  We therefore affirm the district court's order.  *United States v. Jackson*, No. 3:16-cr-00069-JFA-5 (D.S.C. Aug. 30, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
